JOHN HENDRICKSON (SBN 257298)
JENNIFER HENDRICKSON (SBN 262959)
Hendrickson Legal Services
703 Second Street, Fourth Floor
Santa Rosa, CA  95404
Telephone: (707)284-3808
Facsimile: (707)313-0161
pleadings@hendricksonlegal.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Veguilla, an individual; Un Chu Veguilla, an individual,<br><br>                    Plaintiffs,<br><br>         vs.<br>Nationstar Mortgage L.L.C., a Delaware Limited Liability Company, formerly known as Centex Home Equity Company, L.L.C.; and DOES 1-50 inclusive,<br>                    Defendants. | Case No: 3:09-cv-02985-CRB<br><br>**STIPULATION TO DISMISS** |

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice.

//

//

//

Stipulation Of Dismissal                                                                        *Veguilla v.Nationstar Mortgage, LLC*

1

1  DATED:    November 30, 2009            HENDRICKSON LEGAL SERVICES

2

3                                         by     /s/ John Hendrickson_____
                                          JOHN HENDRICKSON
4                                         Attorney for Plaintiffs
                                          John and Un Chu Veguilla

5

6  DATED:    November 30, 2009            WEINER BRODSKY SIDMAN KIDER PC

7

8
                                          by     /s/ Scott Burke *_____
9                                         SCOTT BURKE
                                          Attorney for Defendant
10                                        Nationstar Mortgage, LLC
                                          *approval for e-signature via email
11                                        November 30, 2009

2